# EXHIBIT A





Rekuiemu: IMAGINEウィキペディア

2016/03/23 3/23 Notice of the end of regular maintenance



定期メンテナンス
毎週火曜日

You will not be able to log in during maintenance. Please see the maintenance information page for details.

Display based on the Fund Settlement Law | Display based on the Specified Commercial Transactions Law | Operation policy | Terms of service | Company Profile

| privacy policy | Online game Safety and security declaration

PAGE TOP

| Latest information | Beginner's guide | how to play | shop | community | support |
|---|---|---|---|---|---|
| Latest information list | What is Shin Megami Tensei | Content introduction | What is CP ・ What is CP item? | fan site | FAQ (Frequently Asked Questions) |
| news | IMAGINE? | System introduction | DCO SHOP | Beginner welcome clan | Confirmation / change of member |
| Events & Campaigns | Basic operation | Event introduction | COMP_Shop | Member site | information |
| Update information | How to read the screen | | CP purchase method | wallpaper | Operation policy |
| Maintenance information | Player menu | | post | | Terms of service |
| | Nakama Menu | | | | Action environment |
| | Communication menu | | | | Official internet cafe |
| | Combat and negotiation / summon | | | | |



COPYRIGHT (C) ATLUS (C) SEGA / (C) CAVE (C) REKUIEMU "Shin Megami Tensei IMAGINE" was originally developed and operated by Cave Co., Ltd. based on a license agreement from Atlus Co., Ltd. We are here.

* "Megami Tensei", "Shin Megami Tensei" and "Megami Tensei IMAGINE" are registered trademarks or trademarks of Atlus Co., Ltd.