# EXHIBIT B



That should be all you need. Just build the project now:

```
mkdir build
cd build
cmake -DNO_WARNINGS=ON ..
make
```

See the Definitive Guide for more information on the build system options and how to setup the server.

## Building on Windows

If you do not wish to contribute to the project, download from the Releases section or download the nightly artifact off the AppVeyor page.

### Required Dependencies

- Visual Studio 2015
- CMake
- Qt 5.7+

### Optional Dependencies

- Doxygen
- WiX Toolset

### Building

> Make sure to initialize and update the submodules before trying to build!

Edit the *vsbuild_x86.bat* and *vsbuild_x64.bat* batch files to point to your install of Qt. Run the desired script and you should see a *build32* or *build64* folder. Inside the folder should be a comp_hack.sln solution file. Open the solution and build as normal.

See the Definitive Guide for more information on the build system options and how to setup the server.

© 2021 GitHub, Inc.   Terms   Privacy   Security   Status   Docs   Contact GitHub   Pricing   API   Training   Blog   About