IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLUS CO., LTD, <br><br>                    Plaintiff, <br>     v. <br><br> JOHN DOE 1 D/B/A REKUIEMU GAMES; and JOHN DOE 2 D/B/A COMP_HACK, <br><br>                    Defendants. | Case No.: 1:21-cv-11102 |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Atlus Co., Ltd. ("Plaintiff") certifies that its ultimate parent is SEGA Sammy Holdings, Inc., a Japanese corporation that is publicly-traded. No other publicly-held corporation owns 10% or more of Plaintiff's stock.

Dated: New York, New York
       December 28, 2021

Respectfully submitted,

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: /s/ Jason D. Jones
    Jason D. Jones (*jjones@fzlz.com*)
    David Donahue (*ddonahue@fzlz.com*)
    Shelby P. Rokito (*srokito@fzlz.com*)
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900

*Attorneys for Plaintiff Atlus Co., Ltd.*

{F4382576.2 }