**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATLUS CO., LTD,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE 1 D/B/A REKUIEMU GAMES; and<br>JOHN DOE 2 D/B/A COMP_HACK,<br><br>　　　　　　　　　　　Defendants. | Case No.: 1:21-cv-11102 |

　　　　PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel to Plaintiff Atlus Co., Ltd., and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

Dated:　New York, New York　　　　　　FROSS ZELNICK LEHRMAN & ZISSU, P.C.
　　　　　December 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　 /s/ David Donahue
　　　　　　　　　　　　　　　　　　　　　　　David Donahue
　　　　　　　　　　　　　　　　　　　　　　151 West 42nd Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 813-5900
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 813-5901
　　　　　　　　　　　　　　　　　　　　　　Email: ddonahue@fzlz.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Atlus Co., Ltd.*

{F4413479.1 }