**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATLUS CO., LTD,<br><br>                              Plaintiff,<br>   v.<br><br>JOHN DOE 1 D/B/A REKUIEMU GAMES; and<br>JOHN DOE 2 D/B/A COMP_HACK,<br><br>                            Defendants. | Case No.: 1:21-cv-11102 |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel to Plaintiff Atlus Co., Ltd., and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

Dated:   New York, New York         FROSS ZELNICK LEHRMAN & ZISSU, P.C.
             December 28, 2021

                                                      /s/ Shelby P. Rokito
                                                     Shelby P. Rokito
                                         151 West 42nd Street, 17th Floor
                                         New York, New York 10036
                                         Tel: (212) 813-5900
                                         Fax: (212) 813-5901
                                         Email: srokito@fzlz.com

                                         *Attorney for Plaintiff Atlus Co., Ltd.*