Jason D. Jones
David Donahue
Shelby P. Rokito
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 W. 42nd Street, Floor 17
New York, New York 10036
(212) 813-5900

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATLUS CO., LTD, <br><br>                          Plaintiff, <br>     v. <br><br> JOHN DOE 1 D/B/A REKUIEMU GAMES; and JOHN DOE 2 D/B/A COMP_HACK, <br><br>                          Defendants. | Case No.: 1:21-cv-11102 (ALC)(JLC) |

**MOTION FOR LEAVE TO SERVE THIRD-PARTY
SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE**

Plaintiff Atlus Co., Ltd., by and through its counsel and pursuant to Federal Rule of Civil Procedure 26(d)(1), respectfully moves for entry of an Order granting it leave to serve third-party subpoenas on (i) Deluxe Corporation d/b/a ColoCrossing and (ii) GitHub, Inc., prior to the Rule 26(f) conference in this case.

The grounds for this motion are set forth in the contemporaneously-filed Memorandum of Law and Declaration of Shelby P. Rokito, Esq. A proposed order is filed herewith for the Court's convenience.

{F4214382.2 }

| | |
|---|---|
| Dated: March 18, 2022 | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |

                                            By:     /s/ Shelby P. Rokito
                                                     Jason D. Jones (jjones@fzlz.com)
                                                       David Donahue (ddonahue@fzlz.com)
                                                       Shelby P. Rokito (srokito@fzlz.com)
                                          151 W. 42nd Street, Floor 17
                                          New York, New York 10036
                                          Tel: (212) 813-5900

                                          *Attorneys for Plaintiff*