Jason D. Jones
David Donahue
Shelby P. Rokito
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 W. 42nd Street, Floor 17
New York, New York 10036
(212) 813-5900

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATLUS CO., LTD,<br><br>                     Plaintiff,<br>     v.<br><br>JOHN DOE 1 D/B/A REKUIEMU GAMES; and<br>JOHN DOE 2 D/B/A COMP_HACK,<br><br>                     Defendants. | Case No.: 1:21-cv-11102 (ALC)(JLC) |

**[PROPOSED] ORDER**

Upon Plaintiff's motion for an order granting leave to serve third-party subpoenas prior to the Rule 26(f) conference and upon reviewing the Memorandum of Law and Declaration submitted therewith,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Serve Third-Party Subpoenas Prior to the Rule 26(f) Conference (ECF No. _) is **GRANTED**. Plaintiff may serve Rule 45 subpoenas to (i) Deluxe Corporation d/b/a/ ColoCrossing and (ii) GitHub, Inc. and may serve follow up subpoenas as required in order to identify Defendants' true names, current (and permanent) addresses, email addresses, and telephone numbers.

{F4214420.1 }

SO ORDERED this _____ day of _____, 2022.

_____
Hon. Andrew L. Carter, Jr.
United States District Judge

{F4214420.1 }