# EXHIBIT A

 Login    Sign up

# rekuiemu.net

## Web
Discover top-level information for this domain.

View API →

URL
https://rekuiemu.net/

IP   1 Domains →
107.173.255.33

ASN   305,320 Domains →
AS36352 ColoCrossing

COUNTRY
United States

TITLE
Rekuiemu: IMAGINE

DESCRIPTION
A recreation website of the online RPG Shin Megami Tensei IMAGINE that you can play for free. Set in the desolate future of Tokyo, become a demon buster and train your demons to survive!

GOOGLE ANALYTICS
UA-45494248   No Other Domains

SERVER
Apache/2.4.46 (Win64) OpenSSL/1.1.1g PHP/7.2.33

GTM ID
GTM-SN4H

## DNS

## DNS

View domain name system records, including but not limited to the A, CNAME, MX, and TXT records.

View API →

| | |
|---|---|
| A | |
| `107.173.255.33` | 1 Domains → |

| | |
|---|---|
| MX | |
| `0 mail.rekuiemu.net.` | 1 Domains → |
| `0 mail.rekuiemu.net.` | 1 Domains → |
| `10 mail.rekuiemu.net.` | 1 Domains → |
| `10 mail.rekuiemu.net.` | 1 Domains → |

| | |
|---|---|
| NS | |
| `dns1.name-services.com.` | 1,299,859 Domains → |
| `dns1.name-services.com.` | 1,299,859 Domains → |
| `dns2.name-services.com.` | 1,299,859 Domains → |
| `dns2.name-services.com.` | 1,299,859 Domains → |
| `dns3.name-services.com.` | 1,299,859 Domains → |
| `dns3.name-services.com.` | 1,299,859 Domains → |
| `dns4.name-services.com.` | 1,299,859 Domains → |
| `dns4.name-services.com.` | 1,299,859 Domains → |
| `dns5.name-services.com.` | 1,299,859 Domains → |
| `dns5.name-services.com.` | 1,299,859 Domains → |

## Co-Hosted

There are 1 domains hosted on 107.173.255.33 (AS36352 ColoCrossing). Show All →

View API →

| rekuiemu.net | |
|---|---|

## Backlinks

There are 0 domains which backlink to rekuiemu.net.

View API →

View API →

## Links to

There are 3 domains which rekuiemu.net links to.

View API →

| cave-online.jp | github.com |
|---|---|
| discord.io | |

## Redirects

There are 0 domains which redirect to rekuiemu.net.

View API →



About
Documentation
Rankings
Contact
Terms
Privacy
Twitter