# EXHIBIT B

# Shelby P. Rokito

| | |
|---|---|
| **From:** | GitHub Developer Support <developer@githubsupport.com> |
| **Sent:** | Thursday, August 12, 2021 6:17 PM |
| **To:** | Shelby P. Rokito |
| **Subject:** | [GitHub Support] - Disclosure of User Identity |

\#\# Please do not write below this line \#\#

Your request has been updated.

You can add a comment by replying to this email.

---



### GitHub Trust & Safety Team (GitHub Support)

Aug 12, 2021, 10:17 PM UTC

Hello Shelby,

Thank you for your response. It is our policy to disclose non-public user information in connection with a civil or criminal investigation only with user consent or upon receipt of a valid subpoena, civil investigative demand, court order, search warrant, or other similar valid legal process. For more information regarding the request of non-public user information please see:

[Disclosure of non-public information](#)

Please let us know if you have any questions.

Regards,
GitHub Trust & Safety

---



### Shelby P. Rokito

Aug 12, 2021, 6:40 PM UTC

Dear GitHub:

My name is Shelby Rokito and I am an attorney at Fross Zelnick Lehrman & Zissu, P.C.

1

We need to learn the identity of a GitHub user for purposes of commencing a lawsuit. Please advise as to what information GitHub needs in order to disclose the identity of a GitHub user.

Best regards,

**Shelby P. Rokito**
srokito@fzlz.com

Fross Zelnick Lehrman & Zissu, P.C.
151 West 42nd St., 17th Fl. | New York, NY 10036
T 212.813.5932 | F 212.813.5901

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please reply to the sender.

To thank our employees for their tireless work over the last 16 months, we are taking company-wide wellbeing days July 5-9, as well as six Fridays in July and August (7/23, 7/30, 8/6, 8/13, 8/20, 8/27).

GitHub is committed to providing our customers with high-quality customer support and have staff available to assist you, however you may experience a slight delay in our responses during this period.

For more information, see our FAQ here.

This email is a service from GitHub Support.