# EXHIBIT A





2016/03/23 3/23 Notice of the end of regular maintenance

You will not be able to log in during maintenance. Please see the maintenance information page for details.

| Display based on the Fund Settlement Law | Display based on the Specified Commercial Transactions Law | Operation policy | Terms of service | Company Profile |
| privacy policy | Online game Safety and security declaration |

| Latest information | Beginner's guide | how to play | shop | community | support |
| --- | --- | --- | --- | --- | --- |
| Latest information list | What is Shin Megami Tensei IMAGINE? | Content introduction | What is CP ・ What is CP item? | fan site | FAQ (Frequently Asked Questions) |
| news | Basic operation | System introduction | DCO SHOP | Beginner welcome clan | Confirmation / change of member information |
| Events & Campaigns | How to read the screen | Event introduction | COMP_Shop | Member site | Operation policy |
| Update information | Player menu | | CP purchase method | wallpaper | Terms of service |
| Maintenance information | Nakama Menu | | post | | Action environment |
| | Communication menu | | | | Official internet cafe |
| | Combat and negotiation / summon | | | | |



COPYRIGHT (C) ATLUS (C) SEGA / (C) CAVE (C) REKUIEMU "Shin Megami Tensei IMAGINE" was originally developed and operated by Cave Co., Ltd. based on a license agreement from Atlas Co., Ltd. We are here.
* "Megami Tensei", "Shin Megami Tensei" and "Megami Tensei IMAGINE" are registered trademarks or trademarks of Atlas Co., Ltd.