



151 West 42nd Street, 17th Floor
New York, NY 10036

Jason D. Jones
Partner

T 212.813.8279
jjones@fzlz.com

September 16, 2022

**BY ECF AND EMAIL**

MEMO ENDORSED

Hon. Andrew L. Carter Jr.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

*Re:  Atlus Co., Ltd. v. John Doe 1 d/b/a Rekuiemu Games, et al.* **Case No. 1:21-cv-11102 (ALC)**

Dear Judge Carter:

We represent Plaintiff Atlus Co., Ltd. ("Atlus") in the above-captioned case. We write presently to follow-up on (1) Atlus' May 27, 2022 request for a pre-motion conference to file a motion to serve the remaining John Doe Defendant by email (ECF No. 20) and (2) Atlus' August 30, 2022 request for a pre-motion concerning Atlus' request for a 60-day extension of the deadline to serve the Amended Complaint on the remaining John Doe Defendant pursuant to Federal Rule of Civil Procedure 4(m) (ECF No. 28).

We are following up with the Court because Atlus' deadline to serve the Amended Complaint on the remaining John Doe defendant is one week away—September 23, 2022. (*See* ECF No. 23.) As explained in Atlus' August 30, 2022 pre-motion letter (ECF No. 28), Atlus has a pending pre-motion letter with the Court requesting a pre-motion conference to file a motion for leave to serve the Amended Complaint by email on the remaining John Doe Defendant (*see* ECF No. 20), and the Court has not yet scheduled a pre-motion conference or permitted Atlus to file its motion to allow email service.

Given that the deadline to serve is one week away, Atlus seeks the Court's guidance as to whether the Court intends to schedule a pre-motion conference on Atlus' motion for a 60-day extension of the deadline to serve the Amended Complaint or, instead, whether Atlus should proceed to file the motion before the September 23, 2022 deadline. We also seek the Court's guidance on whether the Court intends to schedule a pre-motion conference on Atlus' motion for email service or, instead, whether Atlus should proceed to file the motion.

Hon. Andrew L. Carter, Jr.
September 16, 2022
Page 2

We appreciate the Court's attention to this matter. We are available should the Court have any questions or want to have a conference to discuss any issues with Atlus.

Respectfully submitted,

*/s/Jason D. Jones*

Jason D. Jones

Plaintiff's request for alternative service, ECF No. 20, is hereby **GRANTED**. The Clerk of the Court is directed to terminate ECF No. 20.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 9/20/2022

{F4796170.2 }