IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLUS CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN SUM D/B/A REKUIEMU GAMES; and JOHN DOE D/B/A COMP_HACK, <br><br> Defendants. | Case No.: 1:21-cv-11102-ALC <br><br> **DECLARATION OF SHELBY P. ROKITO OF SERVICE BY EMAIL** |

SHELBY P. ROKITO, being duly sworn, deposes and says:

I am a member of the Bar of this Court and an associate of the law firm of Fross Zelnick Lehrman & Zissu, P.C., attorneys for Plaintiff Atlus Co., Ltd. ("Plaintiff") in the above-captioned action. This declaration is based on my personal knowledge, the records of my law firm, the records of the Court, and the pleadings and proceedings to date in this matter.

I hereby certify that a copy of the Summons and Amended Complaint in this action and the Court's September 20, 2022 Order Granting Plaintiff's Request for Alternative Service (ECF No. 30, "Order") were sent by email to Defendant John Doe 2 (d/b/a "COMP_hack"), on the 23rd day of September, 2022, pursuant to this Court's Order. Attached as **Exhibit A** is a copy of the email and the confirmation of delivery.

Date:  September 23, 2022

_____
Shelby P. Rokito

{F4811713.2 }