# EXHIBIT A

# Shelby P. Rokito

| | |
|---|---|
| **From:** | Shelby P. Rokito |
| **Sent:** | Friday, September 23, 2022 9:55 AM |
| **To:** | compomega@tutanota.com; captainwo@yahoo.com |
| **Cc:** | David Donahue; Jason Jones; Grace Harris |
| **Subject:** | URGENT LEGAL MATTER -- Summons and Complaint -- Prompt Response Required (Case No. 21-cv-11102-ALC (SDNY)) |
| **Attachments:** | First Amended Complaint and Exhibits (F4811875x96B9E).pdf; SUMMONS_John Doe d-b-a COMP_hack (F4811224x96B9E).pdf; SDNY ECF Rules and Instructions (F4811701x96B9E).pdf; INDIVIDUAL PRACTICES OF JUDGE ANDREW L CARTER (F4811704x96B9E).pdf; 9.20.22 Order Granting Request for Alternative Service (F4806980x96B9E).pdf |
| **Importance:** | High |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | compomega@tutanota.com | |
| | captainwo@yahoo.com | |
| | David Donahue | Delivered: 9/23/2022 9:55 AM |
| | Jason Jones | Delivered: 9/23/2022 9:55 AM |
| | Grace Harris | Delivered: 9/23/2022 9:55 AM |

Attached please find a Summons and Amended Complaint in an action filed against you in the U.S. District Court for the Southern District of New York, as well as a copy of the Southern District of New York Electronic Case Filing Rules and Instructions and the Individual Practices of Hon. Judge Andrew L. Carter, Jr.

Also enclosed is a copy of an order entered on September 20, 2022 by U.S. District Court Judge Andrew L. Carter, Jr. permitting service of the Summons and Amended Complaint by email.

Regards,

**Shelby P. Rokito**
srokito@fzlz.com
Fross Zelnick Lehrman & Zissu, P.C.
151 West 42nd St., 17th Fl. | New York, NY 10036
T 212.813.5932 | F 212.813.5901



**Shelby P. Rokito**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | compomega@tutanota.com; captainwo@yahoo.com |
| **Sent:** | Friday, September 23, 2022 9:55 AM |
| **Subject:** | Relayed: URGENT LEGAL MATTER -- Summons and Complaint -- Prompt Response Required (Case No. 21-cv-11102-ALC (SDNY)) |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

compomega@tutanota.com (compomega@tutanota.com)

captainwo@yahoo.com (captainwo@yahoo.com)

Subject: URGENT LEGAL MATTER -- Summons and Complaint -- Prompt Response Required (Case No. 21-cv-11102-ALC (SDNY))