## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DECLARATION OF SHELBY P. ROKITO OF SERVICE BY EMAIL** was sent by email to Defendant John Doe 2 (d/b/a "COMP_hack"), this 23rd day of September, 2022.

                                                                                              _____
                                                                                                 Shelby P. Rokito