**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/9/2022__

| | |
|---|---|
| **ATLUS CO., LTD,** | |
| **Plaintiff,** | |
| -against- | |
| **JOHN DOE D/B/A COMP _HACK,** | |
| **Defendant.** | |

**21-cv-11102 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff filed this suit for copyright infringement on December 28, 2021. On November 16, 2022, the Court entered a final judgment as to Defendant Jonathan Sum. ECF No. 34. On August 30, 2022, the Plaintiff filed a letter with the Court requesting leave to file a motion to serve the First Amended Complaint by email on John Doe Defendant d/b/a COMP_hack. ECF No. 20. The Court granted Plaintiff's request for alternative service on September 20, 2022. ECF No. 30. Plaintiff sent the Amended Complaint and summons by email to the Defendant on September 23, 2022. ECF No. 31. To date, Defendant has failed to appear in the above-captioned matter.

Plaintiff is hereby **ORDERED** to request a Certificate of Default as to the non-appearing Defendant in this action by **December 16, 2022** and to move for default judgment within 10 days of receiving the Certificate.

Plaintiff is hereby **ORDERED** to serve this order on Defendant via email and file proof of service on or by December 12, 2022.

**SO ORDERED.**

Dated:  December 9, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**